IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| M. RANDY RICE, as Chapter 7 Trustee, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:11MC0002- SWW |
| | * |
| RICHARD ROCHON, ET AL., | * |
| | * |
| Defendants. | * |
| | * |

## ORDER

Before the Court is plaintiff's motion for the admission *pro hac vice* of Gregory H. Bevel of Dallas, Texas, to appear as counsel of record in this case. The motion [docket entry 6], which appears to be in compliance with Local Rule 83.5(d), is granted.

SO ORDERED this 2nd day of February, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE